ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2008 APR 14 A 9:25

CLERK_____

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ELPIDIO ENRIQUEZ, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 307-068 |
| MICHAEL V. PUGH, Warden, | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, that the above-captioned petition is **DISMISSED**.

SO ORDERED this 14th day of April, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE